NATHANIEL BIGGER SBN: 262064
**LAW OFFICES OF NATHANIEL BIGGER**
540 Pacific Avenue
San Francisco, CA 94133
Telephone:            415-295-4735
Facsimile:             415-920-1750
Electronic mail:     nate_bigger@yahoo.com

PAUL HENRY NATHAN SBN: 262697
**LAW OFFICES OF PAUL H. NATHAN**
540 Pacific Avenue
San Francisco, CA 94133
Telephone:            415-341-1144
Facsimile:             415-341-1155
Electronic mail:     paulnathan@nathanlawoffices.com

Attorneys for Plaintiff
JAMES R. HARDIE

Priority  ____
Send      ____
Enter     ____
Closed    ____
JS-5/JS-6  ✓
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. HARDIE,<br><br>              Plaintiff,<br>    v.<br><br>CITY OF LOS ANGELES, a municipal corporation; et al.<br><br>              Defendants. | CASE NO. CV14-4633RGK(AJWx)<br><br>[PROPOSED ORDER] RE: DISMISSAL |

THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, James R. Hardie stipulate and request that the above-captioned action, with regards to his claims alleged in the Complaint, filed with the United States District Court for the Central District of California (Case No. CV14-4633RGK(JEMx) ), against Defendant City of Los Angeles,

[PROPOSED ORDER] RE: DISMISSAL
1

et al be dismissed with prejudice entirely. Each party shall be responsible for bearing its own costs, expenses, and attorneys' fees incurred in connection with the above-referenced lawsuit.

No parties remain in this action.

Dated: April 1, 2015                    LAW OFFICES OF NATHANIEL BIGGER

                                        By   /s/ Nathaniel Bigger

                                        Nathaniel Bigger

                                        Attorneys for Plaintiffs


Dated: April 1, 2015                    Deputy City Attorney – City of Los Angeles

                                        By   /s/ Geoffrey Plowden

                                        Geoffrey Plowden

                                        Attorneys for Defendants

## ORDER

GOOD CAUSE APPEARING, the present action is hereby dismissed with prejudice, each side to bear their own costs and attorneys' fees.

Dated: April 10, 2015                   By _____

                                        Hon. R. Gary Klausner

                                        United States District Court for the
                                        Central District of California

**[PROPOSED ORDER] RE: DISMISSAL**

2